No. 84–88.   MOTELES v. UNIVERSITY OF PENNSYLVANIA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–90.   HARGRAVE v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–91.   SINGMAN ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–94.   YACHTS AMERICA, INC., ET AL. v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 84–96.   INLAND MARINE INDUSTRIES ET AL. v. HOUSTON. C. A. 9th Cir.   Certiorari denied.

No. 84–102.   CATINO v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 84–103.   ABBEY NURSING HOME, INC., ET AL. v. ESTATE OF RICHARDSON (BENTLEY, ADMINISTRATRIX).   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 84–107.   SANCHEZ-COLON v. MARSH, SECRETARY OF THE ARMY.   C. A. 10th Cir.   Certiorari denied.

No. 84–108.   COLORADO v. CORR.   Sup. Ct. Colo.   Certiorari denied.

No. 84–110.   TEXACO, INC., ET AL. v. NESMITH.   C. A. 5th Cir.   Certiorari denied.

No. 84–111.   BUTTS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–117.   ROSANO v. SECRETARY OF THE NAVY.   C. A. 9th Cir.   Certiorari denied.

No. 84–118.   BROOME ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.